PD-1178-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/10/2015 12:47:59 PM
Accepted 9/14/2015 2:19:23 PM
ABEL ACOSTA
CLERK

CAUSE PD-_____
CAUSE NO. 11-13-00234-CR

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## AUSTIN, TEXAS

_____

FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

**DIANA SOLIS RODRIGUEZ,**
**Appellant**
**v.**
**THE STATE OF TEXAS,**
**Appellee**

_____

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS OF TEXAS:**

**COMES NOW, DIANA SOLIS RODRIGUEZ**, Appellant, by and through counsel of record and files this, her First Motion for an Extension of Time Within Which to File Appellant's Petition for Discretionary Review (PDR).  In support of said Motion, Appellant would respectfully show this Honorable Court as follows:

### I.

On August 13, 2015, the Eleventh Court of Appeals at Eastland, Texas, upheld the trial court's conviction for aggravated robbery in cause number TC 10395-D styled *The State of Texas vs. Diana Solis Rodriguez* with appellate court number 11-13-00234-CR.   Appellant was assessed a

1

sentence of five years imprisonment in the Institutional Division of the Texas Department of Criminal Justice.

## II.

This First Motion for Extension of Time Within Which to File Appellant's PDR is filed on or before the due date for the filing of Appellant's PDR pursuant to **Rules 4 and 9.2 Texas Rules of Appellate Procedure. Appellant's due date is September 13, 2015.**

## III.

Appellant relies on the following facts as good cause for the requested extension: Appellant's counsel only learned today that the Court of Appeals rendered a decision on August 13, 2015, and she has only this date notified Appellant of that fact as required by Tex. R. App. P. 48.4 (by certified mail, return receipt requested). Appellant seeks an additional 30 days to file Appellant's PDR or until October 13, 2015 to allow Appellant adequate time to file said *pro se* PDR should she choose to do so.

## IV.

Counsel does not seek this additional time to intentionally disregard this Honorable Court's docket and scheduling order, but the effective preparation of the PDR in this matter as well as compliance with the

applicable rules deem it necessary to ask for the additional time within which to file Appellant's Petition for Discretionary Review.

**WHEREFORE,** Appellant prays that the Honorable Justices of this Court would, in all things, GRANT this First Motion for Extension of Time Within Which to File Appellant's Petitions for Discretionary Review and would extend the deadline in this causes to October 13, 2015.

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX  78613
Mobil/Text:  512.897.8126
Fax:  512.215.8114
Email:  ecopeland63@yahoo.com
By:  /s/ Erika Copeland
     Erika Copeland
     State Bar No. 16075250
     Attorney for Appellant

**CERTIFICATE OF SERVICE AND OF
COMPLIANCE WITH RULE 9**

This is to certify that on September 9, 2015, a true and correct copy of the above and foregoing document was served on:

| State Prosecuting Attorney | Taylor County District Attorney |
|---|---|
| P.O. Box 12405 | 300 Oak St., Ste. 300 |
| Capital Station | Abilene, Texas 79602 |
| Austin, Texas 78711 | |

in accordance with the Texas Rules of Appellate Procedure, and that the Motion For Extension Of Time Within Which To File Appellant's Petition For Discretionary Review is in compliance with Rule 9 of the *Texas Rules of*

*Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 532 words.


                              /s/ Erika Copeland
                              Erika Copeland